B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**Western District of Missouri, Kansas City Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Johnson, Timothy Carl** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Johnson, Kelle Kolleen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Kelle Kolleen Smith** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **0509** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **7719** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1833 Pembroke Cres W**<br>**Independence, MO**<br><div align=right>ZIPCODE **64057-1115**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1833 Pembroke Cres W**<br>**Independence, MO**<br><div align=right>ZIPCODE **64057-1115**</div> |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business:<br>**Jackson** |
| Mailing Address of Debtor (if different from street address)<br><br><div align=right>ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><br><div align=right>ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align=right>ZIPCODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter.)*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☑<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☑<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Johnson, Timothy Carl & Johnson, Kelle Kolleen** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Steve A. Shepherd**                    **4/14/15**<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)  (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Johnson, Timothy Carl & Johnson, Kelle Kolleen**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy Carl Johnson**
 Signature of Debtor                    **Timothy Carl Johnson**

X **/s/ Kelle Kolleen Johnson**
 Signature of Joint Debtor              **Kelle Kolleen Johnson**

 _____
 Telephone Number (If not represented by attorney)

 **April 14, 2015**
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

 _____
 Printed Name of Foreign Representative

 _____
 Date

### Signature of Attorney*

X **/s/ Steve A. Shepherd**
 Signature of Attorney for Debtor(s)

 **Steve A. Shepherd 66222**
 **Lawson Law Center LLC**
 **700 E 8th St Unit 300**
 **Kansas City, MO  64106-1664**
 **(816) 802-6677  Fax: (816) 802-6678**
 **steve@llckc.com**

 **April 14, 2015**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 _____
 Printed Name and title, if any,  of Bankruptcy Petition Preparer

 _____
 Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 _____
 Address

X _____
 Signature

 _____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

 _____
 Printed Name of Authorized Individual

 _____
 Title of Authorized Individual

 _____
 Date

**United States Bankruptcy Court**
**Western District of Missouri, Kansas City Division**

**IN RE:**
Case No. _____

Johnson, Timothy Carl & Johnson, Kelle Kolleen _____ Chapter **7** _____
<span style="padding-left:6em">Debtor(s)</span>

### VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **April 14, 2015** _____ */s/ Timothy Carl Johnson* _____
<span style="padding-left:20em">Debtor</span>

<span style="padding-left:20em">*/s/ Kelle Kolleen Johnson* _____</span>
<span style="padding-left:20em">Joint Debtor, if any</span>

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Western District of Missouri, Kansas City Division**

IN RE:                                                                    Case No. _____

Johnson, Timothy Carl & Johnson, Kelle Kolleen _____   Chapter **7** _____
                                   Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 34,934.52 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 4,542.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 15,588.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 124,076.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $ 2,981.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 4,210.00 |
| TOTAL | | 31 | $ 34,934.52 | $ 144,207.31 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## Western District of Missouri, Kansas City Division

IN RE:                                                                    Case No. _____

Johnson, Timothy Carl & Johnson, Kelle Kolleen _____   Chapter **7** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 15,588.57 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 65,160.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **80,748.57** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 2,981.05 |
| Average Expenses (from Schedule J, Line 22) | $ | 4,210.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | 6,011.49 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 3,392.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 15,588.57 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 124,076.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 127,468.74 |

B6A (Official Form 6A) (12/07)

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                          Case No. _____
_____
                          Debtor(s)                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                    Case No. _____
          Debtor(s)                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account (30-15) - St. Luke's Credit Union** | J | 10.00 |
| | | **Health Savings account - BMO Harris** | H | 370.05 |
| | | **Savings account (30-00) - St. Luke's Credit Union** | J | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Dining table, six chairs, bench, (2) area rugs, bunk beds with mattresses, dresser** | J | 1,150.00 |
| | | **Stove, refrigerator, small appliances, couch, chairs, ottoman, end tables, queen bed, bookcases, dresser, tv, blue-ray, dining table & chairs, washer, dryer, bbq grill** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal used clothes** | J | 200.00 |
| 7.  Furs and jewelry. | | **Wedding rings** | J | 115.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Semiautomatic Rifle - Marlin Model 795 .22 LR** | H | 160.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K - St Lukes** | H | 8,518.21 |
| | | **401K - Waddell & Reed** | H | 11,780.26 |
| | | **Pension - North Kansas City Hospital** | W | 1,780.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                           Case No. _____
_____
                            Debtor(s)                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 DODGE** **2005 Dodge Caravan SE** **VIN 1D4GP24R25B280436** **Miles: 140,700** | **J** | **2,201.00** |
| | | **2005 DODGE Neon-4 Cyl.** **VIN: 1B3ES56C45D175013** **~110,000 miles** | **J** | **2,100.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen _____ Case No. _____
                                       Debtor(s)                                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Co-op buy-in** | J | **5,000.00** |
| | | | TOTAL | **34,934.52** |

_____  **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**
Debtor(s)                                          Case No. _____
                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking account (30-15) - St. Luke's Credit Union** | RSMo 513.430(3) | 10.00 | 10.00 |
| **Health Savings account - BMO Harris** | RSMo 513.430(3) | 370.05 | 370.05 |
| **Savings account (30-00) - St. Luke's Credit Union** | RSMo 513.430(3) | 50.00 | 50.00 |
| **Dining table, six chairs, bench, (2) area rugs, bunk beds with mattresses, dresser** | RSMo 513.430(1) | 1,150.00 | 1,150.00 |
| **Stove, refrigerator, small appliances, couch, chairs, ottoman, end tables, queen bed, bookcases, dresser, tv, blue-ray, dining table & chairs, washer, dryer, bbq grill** | RSMo 513.430(1) | 1,500.00 | 1,500.00 |
| **Personal used clothes** | RSMo 513.430(1) | 200.00 | 200.00 |
| **Wedding rings** | RSMo 513.430(2) | 115.00 | 115.00 |
| **Semiautomatic Rifle - Marlin Model 795 .22 LR** | RSMo 513.430(3) | 160.00 | 160.00 |
| **401K - St Lukes** | RSMo 513.430(10)(f) | 8,518.21 | 8,518.21 |
| **401K - Waddell & Reed** | RSMo 513.430(10)(f) | 11,780.26 | 11,780.26 |
| **Pension - North Kansas City Hospital** | RSMo 513.430(10)(f) | 1,780.00 | 1,780.00 |
| **2005 DODGE 2005 Dodge Caravan SE VIN 1D4GP24R25B280436 Miles: 140,700** | RSMo 513.430(5) | 2,201.00 | 2,201.00 |
| **2005 DODGE Neon-4 Cyl. VIN: 1B3ES56C45D175013 ~110,000 miles** | RSMo 513.430(5) | 2,100.00 | 2,100.00 |
| **Co-op buy-in** | RSMo 513.475 | 5,000.00 | 5,000.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Johnson, Timothy Carl & Johnson, Kelle Kolleen _____   Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br> **Commerce Bank Kansas** <br> **PO Box 419248** <br> **Kansas City, MO 64141-6248** | | H | Installment account <br> 2012-12-01 <br><br><br> VALUE $ | | | | 0.00 | |
| ACCOUNT NO. <br><br> **Commerce Bk** <br> **PO Box 248** <br> **Kansas City, MO 64141-6248** | | | Assignee or other notification for: <br> **Commerce Bank Kansas** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **3REV** <br><br> **Nebraska Furniture Mart** <br> **Attn: Collections** <br> **PO Box 2335** <br> **Omaha, NE 68103-2335** | | H | Dining table, six chairs, bench, (2) area rugs, bunk beds with mattresses, dresser <br> 2012-01-01 <br><br> VALUE $ **1,150.00** | | | | 4,542.00 | 3,392.00 |
| ACCOUNT NO. <br><br> **Nebraska Furniture Mar** <br> **700 S 72nd St** <br> **Omaha, NE 68114-4614** | | | Assignee or other notification for: <br> **Nebraska Furniture Mart** <br><br><br> VALUE $ | | | | | |

_____ **1** continuation sheets attached

Subtotal
(Total of this page) $ **4,542.00**   $ **3,392.00**

Total
(Use only on last page) $ ____   $ ____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen      Case No. _____

                         Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Payne & Jones, Chtd.**<br>**11000 King St**<br>**Overland Park, KS  66210-1286** | | | **Assignee or other notification for:**<br>**Nebraska Furniture Mart**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | $ | $ |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $    **4,542.00** | $    **3,392.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen          Case No. _____
                                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____   Case No. _____
                                   Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Services**<br>**PO Box 21125**<br>**Philadelphia, PA 19114-0325** | | W | Taxes | | | X | **15,588.57** | **15,588.57** | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Sheet no. ___**1**___ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **15,588.57** | $ **15,588.57**   $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **15,588.57** | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **15,588.57**   $ |

**B6F (Official Form 6F) (12/07)**

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____  Case No. _____
_____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2951**<br><br>**Allianceone**<br>**1684 Woodlands Dr Ste 15**<br>**Maumee, OH  43537-4093** | | H | **Open account**<br>**2014-07-01** | | | | **866.00** |
| ACCOUNT NO.<br><br>**T-Mobile USA Inc.** | | | **Assignee or other notification for:**<br>**Allianceone** | | | | |
| ACCOUNT NO. **2313**<br><br>**American Express**<br>**PO Box 3001**<br>**Malvern, PA  19355-0701** | | H | **Revolving account**<br>**2012-02-01** | | | | **2,687.00** |
| ACCOUNT NO.<br><br>**Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | **Assignee or other notification for:**<br>**American Express** | | | | |

_____**11** continuation sheets attached

Subtotal
(Total of this page) $ **3,553.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                                    Case No. _____
                 Debtor(s)                                                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0112**<br>**Autovest, LLC**<br>**26261 Evergreen Rd Ste 390**<br>**Southfield, MI 48076-4447** | | W | Collection suit on alleged deficiency from sale of vehcile Jackson County, MO case 1416-CV20112 | | | | **22,707.00** |
| ACCOUNT NO.<br>**Mark Wilson**<br>**Copley, Roth, Wilson, LLC**<br>**7500 College Blvd Ste 700**<br>**Overland Park, KS 66210-4033** | | | Assignee or other notification for:<br>Autovest, LLC | | | | |
| ACCOUNT NO. **3282**<br>**Berlin Wheeler Inc**<br>**PO Box 479**<br>**Topeka, KS 66601-0479** | | W | Open account<br>2013-10-01 | | | | **150.00** |
| ACCOUNT NO.<br>**Midwest Reproductive Center** | | | Assignee or other notification for:<br>Berlin Wheeler Inc | | | | |
| ACCOUNT NO. **6908**<br>**Cap1/bstby**<br>**PO Box 5253**<br>**Carol Stream, IL 60197-5253** | | H | Revolving account<br>2011-11-01 | | | X | **2,939.00** |
| ACCOUNT NO. **1001**<br>**Capital One Auto Finance**<br>**3905 Dallas Pkwy**<br>**Plano, TX 75093-7892** | | J | Deficiency on repossessed Chevy HHR<br>2014-01-01 | | | | **approx $5,500** |
| ACCOUNT NO.<br>**Capital One Auto Finan**<br>**3901 Dallas Pkwy Apt Tollway**<br>**Plano, TX 75093-7864** | | | Assignee or other notification for:<br>Capital One Auto Finance | | | | |

Sheet no. _____**1**____ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **25,796.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE Johnson, Timothy Carl & Johnson, Kelle Kolleen                                    Case No. _____
                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ATTN: COAF Vehicle Remarketing Capital** <br> **1 Auto Finance 7933 Preston Rd** <br> **Plano, TX  75024-2302** | | | Assignee or other notification for: **Capital One Auto Finance** | | | | |
| ACCOUNT NO. **1585** <br> **CashNetUSA** <br> **200 W Jackson Blvd Ste 2400** <br> **Chicago, IL  60606-6941** | | J | **Payday Loan** | | | | **342.00** |
| ACCOUNT NO. <br> **CLK Multi-family Management, LLC** <br> **NATIONAL CORPORATE RESEARCH, LTD.,** <br> **2101 SW 21st St** <br> **Topeka, KS  66604-3174** | | W | **Claims for rent, utilities, fees** <br> **Sued in 2009 in Johnson County, KS case number 09LA10785** <br> **2009-08-24** | | | X | **Unknown** |
| ACCOUNT NO. <br> **Evans & Mullinix, P.A.** <br> **7225 Renner Rd Ste 200** <br> **Shawnee, KS  66217-3046** | | | Assignee or other notification for: **CLK Multi-family Management, LLC** | | | | |
| ACCOUNT NO. **4778** <br> **Commerce Bank** <br> **1045 Executive Parkway Dr # D** <br> **Saint Louis, MO  63141-6303** | | H | **Revolving account** <br> **2005-02-01** | | | | **3,105.00** |
| ACCOUNT NO. <br> **Alliance One** <br> **4850 E Street Rd Ste 300** <br> **Trevose, PA  19053-6643** | | | Assignee or other notification for: **Commerce Bank** | | | | |
| ACCOUNT NO. **5307** <br> **Credit Coll** <br> **PO Box 9133** <br> **Needham, MA  02494-9133** | | W | **Open account** <br> **Unknown** | | | | **119.00** |

Sheet no. ____**2**____ of ____**11**____ continuation sheets attached to                                      Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page) $ **3,566.00**

                                                                                                                            Total
                                               (Use only on last page of the completed Schedule F. Report also on
                                               the Summary of Schedules, and if applicable, on the Statistical
                                               Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                    Case No. _____
                                    Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**11 Time Warner Cable Midwest** | | | Assignee or other notification for:<br>**Credit Coll** | | | | |
| ACCOUNT NO. **4724**<br>**Credit Collection Services**<br>**2 Wells Ave**<br>**Newton, MA  02459-3225** | | J | Original Creditor: Geico | | | | **134.55** |
| ACCOUNT NO. **0687**<br>**Credit Collections Svc**<br>**PO Box 773**<br>**Needham, MA  02494-0918** | | W | Open account<br>**Unknown** | | | | **481.00** |
| ACCOUNT NO.<br>**06 Progressive Insurance Company** | | | Assignee or other notification for:<br>**Credit Collections Svc** | | | | |
| ACCOUNT NO.<br>**Credit Coll**<br>**PO Box 9134**<br>**Needham, MA  02494-9134** | | | Assignee or other notification for:<br>**Credit Collections Svc** | | | | |
| ACCOUNT NO. **0818**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | Student Loan<br>**2008-08-01** | | | | **4,471.00** |
| ACCOUNT NO. **0824**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | Student Loan<br>**2009-08-01** | | | | **4,202.00** |

Sheet no. _____**3** of _____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,288.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                                          Case No. _____
_____
                                 Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0121**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>2010-01-01** | | | | **4,093.00** |
| ACCOUNT NO. **1217**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>1998-08-01** | | | | **3,548.00** |
| ACCOUNT NO. **1217**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>1996-12-01** | | | | **2,740.00** |
| ACCOUNT NO. **0818**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>2008-08-01** | | | | **2,640.00** |
| ACCOUNT NO. **0824**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>2009-08-01** | | | | **2,613.00** |
| ACCOUNT NO. **1217**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>1999-09-01** | | | | **2,272.00** |
| ACCOUNT NO. **0121**<br>**Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA  18773-9635** | | W | **Student Loan<br>2010-01-01** | | | | **1,838.00** |

Sheet no. ___**4**___ of ___**11**___ continuation sheets attached to                                        Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)   $   **19,744.00**

                                                                                                                                    Total
                                                (Use only on last page of the completed Schedule F. Report also on
                                                 the Summary of Schedules, and if applicable, on the Statistical
                                                 Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                          Case No. _____

_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1217** <br><br> **Dept of Ed/Navient** <br> **PO Box 9635** <br> **Wilkes Barre, PA  18773-9635** | | W | **Student Loan** <br> **2000-01-01** | | | | **1,697.00** |
| ACCOUNT NO. <br><br> **Dept. of Education, Office of General Co** <br> **400 Maryland Ave SW Rm 6E353** <br> **Washington, DC  20202-0001** | | J | **For all federal student loans** | | | | |
| ACCOUNT NO. **5523** <br><br> **Enhanced Recovery Corp** <br> **Attention: Client Services** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL  32256-7412** | | W | **Open account** <br> **2010-01-01** | | | | **170.00** |
| ACCOUNT NO. <br><br> **Sprint** | | | **Assignee or other notification for:** <br> **Enhanced Recovery Corp** | | | | |
| ACCOUNT NO. <br><br> **Enhanced Recovery Co L** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL  32256-7412** | | | **Assignee or other notification for:** <br> **Enhanced Recovery Corp** | | | | |
| ACCOUNT NO. **4208** <br><br> **Kansas City Power & Light** <br> **PO Box 219330** <br> **Kansas City, MO  64121-9330** | | J | | | | | **306.31** |
| ACCOUNT NO. **1688** <br><br> **Kansas Counselors of K** <br> **PO Box 14765** <br> **Shawnee Mission, KS  66285-4765** | | W | **Open account** <br> **2014-04-01** | | | | **244.00** |

Sheet no. _____**5**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,417.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen _____ Case No. _____
                              Debtor(s)                                                                                     (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Metro Emer Phys LS** | | | **Assignee or other notification for:**<br>**Kansas Counselors of K** | | | | |
| **ACCOUNT NO. 5893**<br>**Kansas Counselors of K**<br>**PO Box 14765**<br>**Shawnee Mission, KS  66285-4765** | | W | **Open account**<br>**2011-07-01** | | | | **43.00** |
| **ACCOUNT NO.**<br>**Health Care Assoc Er Phy** | | | **Assignee or other notification for:**<br>**Kansas Counselors of K** | | | | |
| **ACCOUNT NO. 6074**<br>**Kohls/capone**<br>**PO Box 3115**<br>**Milwaukee, WI  53201-3115** | | J | **Revolving account**<br>**2010-11-01** | | | | **1,099.00** |
| **ACCOUNT NO. 1881**<br>**Metro Emergency Physicians LLC**<br>**PO Box 808**<br>**Grand Rapids, MI  49518-0808** | | J | | | | | **262.23** |
| **ACCOUNT NO. 5637**<br>**Missouri Gas Energy** | | J | | | | | **811.21** |
| **ACCOUNT NO.**<br>**Convergent Outsourcing**<br>**800 SW 39th St**<br>**Renton, WA  98057-4975** | | | **Assignee or other notification for:**<br>**Missouri Gas Energy** | | | | |

Sheet no. \_\_\_\_**6** of \_\_\_\_**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **2,215.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                                        Case No. _____
_____
Debtor(s)                                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0005**<br>**Mohela**<br>**633 Spirit Dr**<br>**Chesterfield, MO  63005-1243** | | H | **Student Loan**<br>**2005-10-01** | | | | 7,611.00 |
| ACCOUNT NO. **0006**<br>**Mohela**<br>**633 Spirit Dr**<br>**Chesterfield, MO  63005-1243** | | H | **Student Loan**<br>**2005-10-01** | | | | 5,284.00 |
| ACCOUNT NO. **0807**<br>**Navient**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan**<br>**2007-08-01** | | | | 6,268.00 |
| ACCOUNT NO. **0807**<br>**Navient**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan**<br>**2007-08-01** | | | | 5,377.00 |
| ACCOUNT NO. **0901**<br>**Navient**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan**<br>**2006-09-01** | | | | 3,383.00 |
| ACCOUNT NO. **0601**<br>**Navient**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan**<br>**2007-06-01** | | | | 2,886.00 |
| ACCOUNT NO. **0601**<br>**Navient**<br>**PO Box 9500**<br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan**<br>**2007-06-01** | | | | 2,645.00 |

Sheet no. ____**7**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,454.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**      Case No. _____
       Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0901** <br><br>**Navient** <br>**PO Box 9500** <br>**Wilkes Barre, PA  18773-9500** | | W | **Student Loan** <br>**2006-09-01** | | | | **1,592.00** |
| ACCOUNT NO. **54N1** <br><br>**Newmillenniu** <br>**15935 Whittier Blvd** <br>**Whittier, CA  90603-2500** | | W | **unknown; potential payday loan** <br>**Unknown** | | | | **1,614.00** |
| ACCOUNT NO. <br><br>**12 First Bank of Delaware** | | | **Assignee or other notification for:** <br>**Newmillenniu** | | | | |
| ACCOUNT NO. **6836** <br><br>**Portfolio Recovery** <br>**Attn: Bankruptcy** <br>**PO Box 41067** <br>**Norfolk, VA  23541-1067** | | H | **Open account** <br>**Alleged Original Creditor Household Auto Finance** <br>**2014-07-01** | | | X | **10,878.00** |
| ACCOUNT NO. <br><br>**U.S. Bank National Association** | | | **Assignee or other notification for:** <br>**Portfolio Recovery** | | | | |
| ACCOUNT NO. <br><br>**Portfolio Recovery Ass** <br>**287 Independence Blvd** <br>**Virginia Beach, VA  23462-2962** | | | **Assignee or other notification for:** <br>**Portfolio Recovery** | | | | |
| ACCOUNT NO. <br><br>**Portfolio Recovery Associates, LLC** <br>**PO Box 12914** <br>**Norfolk, VA  23541-0914** | | | **Assignee or other notification for:** <br>**Portfolio Recovery** | | | | |

Sheet no. ___**8**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,084.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9069**<br>**Prairie Life Center** | | W | **Johnson County, Kansas Judgment  8/7/2008** | | | | **457.00** |
| ACCOUNT NO.<br>**Prairie Life Center**<br>**10351 Barkley St**<br>**Overland Park, KS  66212-1876** | | | **Assignee or other notification for:**<br>**Prairie Life Center** | | | | |
| ACCOUNT NO.<br>**Garrison Law Office**<br>**9401 W 87th St Ste 201**<br>**Overland Park, KS  66212-3784** | | | **Assignee or other notification for:**<br>**Prairie Life Center** | | | | |
| ACCOUNT NO. **9077**<br>**Rise**<br>**4150 International Plz**<br>**Fort Worth, TX  76109-4892** | | H | **Payday Loan**<br>**2014-05-19** | | | | **1,158.00** |
| ACCOUNT NO. **3014**<br>**St. Luke's East Emergency Room**<br>**100 NE Saint Lukes Blvd**<br>**Lees Summit, MO  64086-6000** | | J | **Medical services**<br>**11/25/14** | | | | **720.00** |
| ACCOUNT NO. **0138**<br>**St. Luke's East Emergency Room**<br>**100 NE Saint Lukes Blvd**<br>**Lees Summit, MO  64086-6000** | | J | **medical services**<br>**11/17/13** | | | | **540.00** |
| ACCOUNT NO. **1365**<br>**St. Luke's Hospital (Plaza)**<br>**4401 Wornall Rd**<br>**Kansas City, MO  64111-3220** | | W | **Medical services**<br>**7/20/09** | | | | **1,370.39** |

Sheet no. ____**9**__ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,245.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                              Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1981** <br><br> **St. Luke's Hospital (Plaza)** <br> **4401 Wornall Rd** <br> **Kansas City, MO 64111-3220** | | W | Medical services <br> 2009-04-08 | | | | 133.22 |
| ACCOUNT NO. **5691** <br><br> **St. Luke's Hospital (Plaza)** <br> **4401 Wornall Rd** <br> **Kansas City, MO 64111-3220** | | W | medical services <br> 11/1/08 | | | | 100.00 |
| ACCOUNT NO. **0819** <br><br> **St. Luke's South** <br> **12300 Metcalf Ave** <br> **Overland Park, KS 66213-1324** | | W | medical services <br> 9/19/06 | | | | 16.56 |
| ACCOUNT NO. **0897** <br><br> **St. Luke's South** <br> **12300 Metcalf Ave** <br> **Overland Park, KS 66213-1324** | | W | medical services | | | | 13.49 |
| ACCOUNT NO. **4000** <br><br> **Sterling Uni** <br> **PO Box 300639** <br> **Fern Park, FL 32730-0639** | | W | Open account <br> Unknown | | | | 380.00 |
| ACCOUNT NO. <br><br> **12 Fin Proc LLC Upfront Money Co** | | | Assignee or other notification for: <br> Sterling Uni | | | | |
| ACCOUNT NO. **2999** <br><br> **Tek-Collect Inc** <br> **PO Box 1269** <br> **Columbus, OH 43216-1269** | | W | Open account <br> 2009-04-01 | | | | 554.00 |

Sheet no. ___**10**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **1,197.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen**                          Case No. _____
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **The Smile Salon** | | | Assignee or other notification for: <br> **Tek-Collect Inc** | | | | |
| ACCOUNT NO. **9067** <br> **UMKC** <br> **5100 Rockhill Rd** <br> **Kansas City, MO 64110-2446** | | W | | | | | **996.19** |
| ACCOUNT NO. <br> **Educational Computer Systems, Inc.** <br> **181 Montour Run Rd** <br> **Coraopolis, PA 15108-9408** | | | Assignee or other notification for: <br> **UMKC** | | | | |
| ACCOUNT NO. **6837** <br> **Urgent Care of Kansas City** <br> **PO Box 480497** <br> **Kansas City, MO 64148-0497** | | J | | | | | **111.00** |
| ACCOUNT NO. **2259** <br> **US Bank** <br> **PO Box 5227** <br> **Cincinnati, OH 45205-0227** | | J | Fees from overdrawn checking account <br> 2014-12-09 | | | | **737.20** |
| ACCOUNT NO. **0980** <br> **US Bank Hogan Loc** <br> **PO Box 5227** <br> **Cincinnati, OH 45201-5227** | | H | Revolving account <br> 2009-05-01 | | | | **2,671.39** |
| ACCOUNT NO. | | | | | | | |

Sheet no. **11** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,515.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **124,076.74**

**B6G (Official Form 6G) (12/07)**

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____ Case No. _____
_____
          Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Highleah Townhouses, Inc**<br>**2001 Pembroke Cres W**<br>**Independence, MO  64057-1119** | **Occupancy Agreement** |

**B6H (Official Form 6H) (12/07)**

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____   Case No. _____
                                         Debtor(s)                                                                  (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy Carl Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelle Kolleen Johnson** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Missouri, Kansas City Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Medical Assistant** | **Nurse Tech** |
| Employer's name | **St. Lukes Physician's Specialists** | **North Kansas City Hospital** |
| Employer's address | **4401 Wornall Rd**<br>Number   Street | **2800 Clay Edwards Dr**<br>Number   Street |
| | **Kansas City, MO  64111-3220**<br>City          State   ZIP Code | **North Kansas City, MO  64116-32**<br>City          State   ZIP Code |
| How long employed there? | **10 years** | **3 years** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **2,644.83** | $ **2,158.85** |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ **2,644.83** | $ **2,158.85** |

Debtor 1    **Timothy Carl Johnson**
First Name    Middle Name    Last Name                                      Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .......................................................... ➔ 4. | | $ 2,644.83 | $ 2,158.85 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 357.96 | $ 484.60 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 105.73 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 150.15 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: **See Schedule Attached** | 5h. + | $ 163.48 | + $ 106.49 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 1,183.64    $ 638.99

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 1,461.19    $ 1,519.86

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 1,461.19  +  $ 1,519.86  =  $ 2,981.05

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 2,981.05
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:    **See Continuation Sheet**

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen _____    Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  |  |
| **Cafe** | **156.24** | **19.39** |
| **Gift** | **7.24** | **0.00** |
| **Seasons** | **0.00** | **64.46** |
| **Gift shop** | **0.00** | **22.64** |

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen _____ Case No. _____

<div align="center">Debtor(s)</div>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Wife's hourly rate has increased in the last several months. However, her hours are no longer guaranteed. In addition, she has received several non-guaranteed bonuses in the past months that cannot be relied on moving forward. Her monthly income will be variable, and will likely decrease at times. Husband's ability to work overtime has decreased due change in position.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Timothy Carl Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Kelle Kolleen Johnson** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Western District of Missouri, Kansas City Division

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent...................

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ **485.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ **55.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ **75.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | $ **0.00** |

Debtor 1    **Timothy Carl Johnson**
First Name        Middle Name            Last Name

Case number *(if known)* _____

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans
    5.    $ **0.00**

6. **Utilities:**
   6a.   Electricity, heat, natural gas     6a.    $ **200.00**
   6b.   Water, sewer, garbage collection     6b.    $ **0.00**
   6c.   Telephone, cell phone, Internet, satellite, and cable services     6c.    $ **250.00**
   6d.   Other. Specify: _____     6d.    $ **0.00**

7. **Food and housekeeping supplies**     7.    $ **500.00**

8. **Childcare and children's education costs**     8.    $ **0.00**

9. **Clothing, laundry, and dry cleaning**     9.    $ **200.00**

10. **Personal care products and services**     10.    $ **100.00**

11. **Medical and dental expenses**     11.    $ **250.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.     12.    $ **400.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.    $ **175.00**

14. **Charitable contributions and religious donations**     14.    $ **200.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
   15a.   Life insurance     15a.    $ **0.00**
   15b.   Health insurance     15b.    $ **0.00**
   15c.   Vehicle insurance     15c.    $ **140.00**
   15d.   Other insurance. Specify: _____     15d.    $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:   **See Schedule Attached**     16.    $ **250.00**

17. **Installment or lease payments:**
   17a.   Car payments for Vehicle 1     17a.    $ **0.00**
   17b.   Car payments for Vehicle 2     17b.    $ **0.00**
   17c.   Other. Specify:   **Student Loan**     17c.    $ **650.00**
   17d.   Other. Specify: _____     17d.    $

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**     18.    $ **0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify: _____     19.    $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
   20a.   Mortgages on other property     20a.    $ **0.00**
   20b.   Real estate taxes     20b.    $ **0.00**
   20c.   Property, homeowner's, or renter's insurance     20c.    $ **0.00**
   20d.   Maintenance, repair, and upkeep expenses     20d.    $ **0.00**
   20e.   Homeowner's association or condominium dues     20e.    $ **0.00**

Debtor 1    **Timothy Carl Johnson**
First Name        Middle Name        Last Name

Case number (*if known*) _____

21.    **Other**. Specify: __See Schedule Attached_____    21.    +$_____280.00_____

22.    **Your monthly expenses.** Add lines 4 through 21.
       The result is your monthly expenses.    22.    $_____4,210.00_____

23.    **Calculate your monthly net income.**

       23a.    Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____2,981.05_____

       23b.    Copy your monthly expenses from line 22 above.    23b.    −$_____4,210.00_____

       23c.    Subtract your monthly expenses from your monthly income.
               The result is your *monthly net income*.    23c.    $_____-1,228.95_____

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

       For example, do you expect to finish paying for your car loan within the year or do you expect your
       mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

       ☐ No.

       ☑ Yes.    **Debtors are planning on adopting a child. This is increase their child care costs, etc. from $0.  In addition, Wife needs
               substantial medically-necessary dental work in the next 12 months. That procedure will likely cost upwards of
               $10,000, at least half of which will likely be out of pocket.**

**IN RE** Johnson, Timothy Carl & Johnson, Kelle Kolleen _____ Case No. _____
Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Taxes (DEBTOR)
**Personal property**                                                    **20.00**
**IRS repayment**                                                        **230.00**

Other Expenses (DEBTOR)
**Gym**                                                                   **30.00**
**Pet care**                                                             **250.00**

B6 Declaration (Official Form 6 – Declaration) (12/07)

IN RE **Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____   Case No. _____
<span style="float:right">(If known)</span>

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33** sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **April 14, 2015** _____   Signature: _*/s/ Timothy Carl Johnson*_____
                                          **Timothy Carl Johnson**                                     Debtor

Date: **April 14, 2015** _____   Signature: _*/s/ Kelle Kolleen Johnson*_____
                                          **Kelle Kolleen Johnson**                          (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:


*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____   Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

### United States Bankruptcy Court
### Western District of Missouri, Kansas City Division

IN RE:                                                          Case No. _____

**Johnson, Timothy Carl & Johnson, Kelle Kolleen** _____   Chapter **7** _____
                Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 58,785.00 | 2013 Joint Employment Income |
| 30,266.00 | 2012 Husband Employment Income |
| 32,619.00 | 2012 Wife Employment Income |
| 44,159.25 | 2014 Husband Employment Income |
| 36,111.36 | 2014 Wife Employment Income |
| 9,084.58 | 2015 YTD Wife Employment income |
| 12,031.81 | 2015 YTD Husband Employment income |

---

**2. Income other than from employment or operation of business**

None
☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,084.50 | Waddell & Reed mutual fund disbursement |

**Disbursement 9/3/13 $1,800.00**

**Disbursement 9/9/14 $284.50**

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Commerce Bank** | **last 3 months** | **500.00** | **0.00** |
| **For Dodge Neon** | | | |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Autovest v. Kelle Smith Case No. 1416-CV20112** | **AC Breach of Contract** | **Circuit Court of Jackson County, MO** | **Pending** |
| **Nebraska Furniture Mart, Inc. v. Timothy Johnson; 2015-LM-000332** | | **Wyandotte County, KS** | **pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One Auto Finance 3905 Dallas Pkwy Plano, TX  75093-7892** | **2/8/2015** | **2009 Chevy HHR** |

**Car was repossessed on night of February 8, 2015 (or early morning 2/9/2015) by United Auto Recovery, 5800 Stilwell St., Kansas City, MO 64120.**

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Immanuel Lutheran Church** **4205 Tracy Ave** **Kansas City, MO  64110-1243** | | | **~$50 a week** |
| **weekly tithe ~$50 a week** | | | |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lawson Law Center LLC** | | **$53 for credit reports** |
| **Lawson Law Center LLC** | | **$1,747 to Lawson Law Center LLC includes amount for atty fees, filing fee, and financial classes** |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unknown mechanic** | **approximately January 2014** | **1995 Ford Taurus for ~$500** |
| **unknown tow lot** | **Feb. 2014** | **2001 Honda Insight for ~$250** |
| **vehicle totaled** | | |
| **Pinnacle Auto Sales** **516 SW 3rd St** **Lees Summit, MO  64063-2248** | **3/25/2015** | **$2,995 transferred via cashier's check** |
| **Purchased a replacement vehicle for spouse.** | | |
| **2005 Dodge Caravan SE** **VIN 1D4GP24R25B280436** **Miles: 140,700** | | |
| **Unknown bidder** | **approx. end of February** | **2009 Chevy HHR; Debtors received no value, still owe deficiency** |
| **2009 Chevy HHR sold by creditor (Capital One Auto Finance) at repossession sale** | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Waddell and Reed**<br>**4200 Little Blue Pkwy Ste 460**<br>**Independence, MO  64057-8308**<br>**Accout closed by Debtors to avoid fees.** | **36033739** | **approx. 9-9-14** |
| **US Bank** | **Husband's checking and Wife's checking, and joint savings** | **Closed in September and December 2014** |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **608 E Angus St, Independence, MO, 64055-1517** | **Timothy & Kelle Johnson** | **8/1/12-7/31/13** |
| **1023 W 81st Ter, Apt 146, Overland Park, KS, 66204** | **Timothy & Kelle Johnson** | **9/1/08-7/31/12** |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None
☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **April 14, 2015** _____   Signature */s/ Timothy Carl Johnson* _____
                                    of Debtor                                                **Timothy Carl Johnson**

Date: **April 14, 2015** _____   Signature */s/ Kelle Kolleen Johnson* _____
                                    of Joint Debtor                                          **Kelle Kolleen Johnson**
                                    (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
### Western District of Missouri, Kansas City Division

**IN RE:**                                                          Case No. _____

Johnson, Timothy Carl & Johnson, Kelle Kolleen                Chapter **7** _____

<span>Debtor(s)</span>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Nebraska Furniture Mart** | **Describe Property Securing Debt:**<br>**Dining table, six chairs, bench, (2) area rugs, bunk beds with m** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Redeem in part; surrender in part** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**April 14, 2015**_____   ***/s/ Timothy Carl Johnson***
                                                     Signature of Debtor

                                                     ***/s/ Kelle Kolleen Johnson***
                                                     Signature of Joint Debtor

**United States Bankruptcy Court**
**Western District of Missouri, Kansas City Division**

IN RE:                                                                                          Case No. _____

Johnson, Timothy Carl & Johnson, Kelle Kolleen _____   Chapter **7** _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,448.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,448.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          */s/ Steve A. Shepherd*
        **April 14, 2015**
              Date                                  Steve A. Shepherd 66222
                                                    Lawson Law Center LLC
                                                    700 E 8th St Unit 300
                                                    Kansas City, MO  64106-1664
                                                    (816) 802-6677  Fax: (816) 802-6678
                                                    steve@llckc.com

Alliance One
4850 E Street Rd Ste 300
Trevose, PA   19053-6643


Allianceone
1684 Woodlands Dr Ste 15
Maumee, OH   43537-4093


American Express
PO Box 3001
Malvern, PA   19355-0701


Amex
PO Box 297871
Fort Lauderdale, FL   33329-7871


ATTN: COAF Vehicle Remarketing
Capital
1 Auto Finance 7933 Preston Rd
Plano, TX   75024-2302


Autovest, LLC
26261 Evergreen Rd Ste 390
Southfield, MI   48076-4447


Berlin Wheeler Inc
PO Box 479
Topeka, KS   66601-0479

```
Cap1/bstby
PO Box 5253
Carol Stream, IL  60197-5253


Capital One Auto Finan
3901 Dallas Pkwy Apt Tollway
Plano, TX  75093-7864


Capital One Auto Finance
3905 Dallas Pkwy
Plano, TX  75093-7892


CashNetUSA
200 W Jackson Blvd Ste 2400
Chicago, IL  60606-6941


CLK Multi-family Management, LLC
NATIONAL CORPORATE RESEARCH, LTD.,
2101 SW 21st St
Topeka, KS  66604-3174


Commerce Bank
1045 Executive Parkway Dr # D
Saint Louis, MO  63141-6303


Commerce Bank Kansas
PO Box 419248
Kansas City, MO  64141-6248
```

Commerce Bk
PO Box 248
Kansas City, MO  64141-6248


Convergent Outsourcing
800 SW 39th St
Renton, WA  98057-4975


Credit Coll
PO Box 9134
Needham, MA  02494-9134


Credit Coll
PO Box 9133
Needham, MA  02494-9133


Credit Collection Services
2 Wells Ave
Newton, MA  02459-3225


Credit Collections Svc
PO Box 773
Needham, MA  02494-0918


Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA  18773-9635

Dept. of Education, Office of General Co
400 Maryland Ave SW Rm 6E353
Washington, DC  20202-0001


Educational Computer Systems, Inc.
181 Montour Run Rd
Coraopolis, PA  15108-9408


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL  32256-7412


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL  32256-7412


Evans & Mullinix, P.A.
7225 Renner Rd Ste 200
Shawnee, KS  66217-3046


Garrison Law Office
9401 W 87th St Ste 201
Overland Park, KS  66212-3784


Internal Revenue Services
PO Box 21125
Philadelphia, PA  19114-0325

Kansas City Power & Light
PO Box 219330
Kansas City, MO  64121-9330


Kansas Counselors of K
PO Box 14765
Shawnee Mission, KS  66285-4765


Kohls/capone
PO Box 3115
Milwaukee, WI  53201-3115


Mark Wilson
Copley, Roth, Wilson, LLC
7500 College Blvd Ste 700
Overland Park, KS  66210-4033


Metro Emergency Physicians LLC
PO Box 808
Grand Rapids, MI  49518-0808


Mohela
633 Spirit Dr
Chesterfield, MO  63005-1243


Navient
PO Box 9500
Wilkes Barre, PA  18773-9500

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE  68114-4614


Nebraska Furniture Mart
Attn: Collections
PO Box 2335
Omaha, NE  68103-2335


Newmillenniu
15935 Whittier Blvd
Whittier, CA  90603-2500


Payne & Jones, Chtd.
11000 King St
Overland Park, KS  66210-1286


Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA  23541-1067


Portfolio Recovery Ass
287 Independence Blvd
Virginia Beach, VA  23462-2962


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541-0914

Prairie Life Center
10351 Barkley St
Overland Park, KS  66212-1876


Rise
4150 International Plz
Fort Worth, TX  76109-4892


St. Luke's East Emergency Room
100 NE Saint Lukes Blvd
Lees Summit, MO  64086-6000


St. Luke's Hospital (Plaza)
4401 Wornall Rd
Kansas City, MO  64111-3220


St. Luke's South
12300 Metcalf Ave
Overland Park, KS  66213-1324


Sterling Uni
PO Box 300639
Fern Park, FL  32730-0639


Tek-Collect Inc
PO Box 1269
Columbus, OH  43216-1269

```
U.S. Attorney
400 E 9th St Rm 5510U
Kansas City, MO  64106-2607


UMKC
5100 Rockhill Rd
Kansas City, MO  64110-2446


Urgent Care of Kansas City
PO Box 480497
Kansas City, MO  64148-0497


US Bank
PO Box 5227
Cincinnati, OH  45205-0227


US Bank Hogan Loc
PO Box 5227
Cincinnati, OH  45201-5227
```

**Fill in this information to identify your case:**

Debtor 1    **Timothy Carl Johnson**
_____
First Name        Middle Name        Last Name

Debtor 2    **Kelle Kolleen Johnson**
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Western District of Missouri, Kansas City Division**

Case number _____
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income          12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **3,247.45** | $ **2,764.04** |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____0.00 | $_____0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____0.00 | $_____0.00 |
| 5. **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

   Gross receipts (before all deductions)                    $_____0.00

   Ordinary and necessary operating expenses            – $_____0.00

   Net monthly income from a business, profession, or farm   $_____0.00   Copy here➔   $ ____0.00   $ ____0.00

6. Net income from rental and other real property

   Gross receipts (before all deductions)                    $_____0.00

   Ordinary and necessary operating expenses            – $_____0.00

   Net monthly income from rental or other real property   $_____0.00   Copy here➔   $ ____0.00   $ ____0.00

7. **Interest, dividends, and royalties**                   $ ____0.00   $ ____0.00

| Debtor 1 | **Timothy Carl Johnson** | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................ ⬇

| | | Column A | Column B |
|---|---|---|---|
| 8. | | $_____0.00 | $_____0.00 |
| For you....................................................... | $_____0.00 | | |
| For your spouse...................................................... | $_____0.00 | | |

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$_____0.00    $_____0.00

**10. Income from all other sources not listed above.** Specify the source and amount.

Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. _____ | $_____ | $_____ |
|---|---|---|
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____0.00 | +$_____0.00 |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 3,247.45 | + | $ 2,764.04 | = | $ 6,011.49 |
|---|---|---|---|---|

Total current monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

| 12a. | Copy your total current monthly income from line 11................................................ Copy line 11 here➜ | 12a. | $ 6,011.49 |
|---|---|---|---|
| | Multiply by 12 (the number of months in a year). | | x 12 |
| 12b. | The result is your annual income for this part of the form. | 12b. | $ 72,137.88 |

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **Missouri**

Fill in the number of people in your household.    **2**

Fill in the median family income for your state and size of household. ............................................................13.    $ 52,783.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☑ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

| ✗ **/s/ Timothy Carl Johnson** | ✗ **/s/ Kelle Kolleen Johnson** |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date **April 14, 2015** | Date **April 14, 2015** |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 **Timothy Carl Johnson**
First Name        Middle Name        Last Name

Debtor 2 **Kelle Kolleen Johnson**
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: **Western District of Missouri, Kansas City Division**

Case number _____
(If known)

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 22A–2

# Chapter 7 Means Test Calculation                                    12/14

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Determine Your Adjusted Income |

1. Copy your total current monthly income. ....................................................Copy line 11 from Official Form 22A-1 here➜............1.  $ **6,011.49**

2. **Did you fill out Column B in Part 1 of Form 22A–1?**
   ☐ No. Fill in $0 on line 3d.
   ☑ Yes. Is your spouse filing with you?
       ☐ No. Go to line 3.
       ☑ Yes. Fill in $0 on line 3d.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 22A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 on line 3d.
   ☐ Yes. Fill in the information below:

| State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
|---|---|
| 3a. _____ | $_____ |
| 3b. _____ | $_____ |
| 3c. _____ | + $_____ |
| 3d. **Total.** Add lines 3a, 3b, and 3c. ................................ | $_____ **0.00** |

Copy total here ➜ ........3d.  **─** $_____ **0.00**

4. **Adjust your current monthly income.** Subtract line 3d from line 1.

   $ **6,011.49**

Debtor 1    __Timothy Carl Johnson__      Case number *(if known)*_____
           First Name    Middle Name    Last Name

| **Part 2:** | Calculate Your Deductions from Your Income |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 22A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 22A–1 is filled in.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    **2**

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

    $ __1,092.00__

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

    **People who are under 65 years of age**

    7a.  Out-of-pocket health care allowance per person      $ __60.00__

    7b.  Number of people who are under 65      X __2__

    7c.  **Subtotal.** Multiply line 7a by line 7b.      $ __120.00__    **Copy line 7c here →** ....... $ __120.00__

    **People who are 65 years of age or older**

    7d.  Out-of-pocket health care allowance per person      $ __144.00__

    7e.  Number of people who are 65 or older      X __0__

    7f.  **Subtotal.** Multiply line 7d by line 7e.      $ __0.00__    **Copy line 7f here →** ...... + $ __0.00__

    7g.  **Total.** Add lines 7c and 7f...........................................................................      $ __120.00__    **Copy total here →** ....................... 7g.  $ __120.00__

Debtor 1   **Timothy Carl Johnson**
  First Name   Middle Name   Last Name   Case number *(if known)*_____

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $_____ **524.00**

9. **Housing and utilities – Mortgage or rent expenses:**

   9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   9a.   $_____ **998.00**

   9b.  Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

   | **Name of the creditor** | **Average monthly payment** |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | + $_____ |

   9b. Total average monthly payment   $_____ **0.00**   Copy line 9b here ➜   − $_____ **0.00**   Repeat this amount on line 33a.

   9c.  Net mortgage or rent expense.
   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.   9c.   $_____ **998.00**   Copy line 9c here ➜   $_____ **998.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $_____ **0.00**

   Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

   ☐ 0. Go to line 14.
   ☐ 1. Go to line 12.
   ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   $_____ **424.00**

Debtor 1      **Timothy Carl Johnson**
First Name      Middle Name      Last Name

Case number (*if known*)_____

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**   Describe Vehicle 1: _____
_____

13a.   Ownership or leasing costs using IRS Local Standard                        13a.   $_____**517.00**

13b.   Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $_____**0.00** |

Copy 13b here ➜   − $_____**0.00**   Repeat this amount on line 33b.

13c.   Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.                        13c.   $_____**517.00**

Copy net Vehicle 1 expense here ..... ➜   $_____**517.00**

**Vehicle 2**   Describe Vehicle 2: _____
_____

13d.   Ownership or leasing costs using IRS Local Standard                        13d.   $_____**517.00**

13e.   Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $_____**0.00** |

Copy 13e here ➜   − $_____**0.00**   Repeat this amount on line 33c.

13f.   Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0.                        13f.   $_____**517.00**

Copy net Vehicle 2 expense here ..... ➜   $_____**517.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.                        $_____**0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.                        $_____**0.00**

Debtor 1    **Timothy Carl Johnson**_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.   $ 1,312.52

Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.   $ 0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $ 1.76

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.   $ 0.00

20. **Education:** The total monthly amount that you pay for education that is either required:
- as a condition for your job, or
- for your physically or mentally challenged dependent child if no public education is available for similar services.   $ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education.   $ 0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.   $ 0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.   + $ 0.00

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.   $5,506.28

Debtor 1    **Timothy Carl Johnson** _____    Case number *(if known)*_____ _____
       First Name     Middle Name     Last Name

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | $ | 47.84 | |
|---|---|---|---|
| Disability insurance | $ | 0.00 | |
| Health savings account | + $ | 204.17 | |
| Total | $ | 252.01 | Copy total here ➡ ................................ $ __252.01 |

Do you actually spend this total amount?

☐ No. How much do you actually spend?      $_____0.00
☑ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.      $____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.      $____0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.      $____0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.      $____0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

\* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.      $____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).      $__200.00

32. **Add all of the additional expense deductions.**      $_452.01
     Add lines 25 through 31.

Debtor 1    **Timothy Carl Johnson**
First Name    Middle Name    Last Name    Case number (*if known*)_____

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  | Average monthly payment |
|--|--|--|
| **Mortgages on your home:** | | |
| 33a. Copy line 9b here ................................................... ➜ | | $_____0.00 |
| **Loans on your first two vehicles:** | | |
| 33b. Copy line 13b here. ................................................... ➜ | | $_____0.00 |
| 33c. Copy line 13e here. ................................................... ➜ | | $_____0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|--|--|--|--|
| 33d. **Nebraska Furniture Mart** | **Secured property** | ☒ No<br>☐ Yes | $_____75.70 |
| 33e. _____ | _____ | ☐ No<br>☐ Yes | $_____ |
| 33f. _____ | _____ | ☐ No<br>☐ Yes | + $_____ |

| 33g. Total average monthly payment. Add lines 33a through 33f. ................................................ | $____75.70 | Copy total here ➜ | $____75.70 |
|--|--|--|--|

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☒ No. Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|--|--|--|--|--|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | + $_____ |

| | | Total | $____0.00 | Copy total here ➜ | $____0.00 |
|--|--|--|--|--|--|

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☐ No. Go to line 36.
    ☒ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims ........................................... $____15,588.60  ÷ 60 =  $____259.81

Debtor 1    **Timothy Carl Johnson**
First Name    Middle Name    Last Name    Case number *(if known)*_____

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
   For more information, go online using the link for *Bankruptcy Basics* specified in the separate
   instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

   ☑ No. Go to line 37.
   ☐ Yes. Fill in the following information.

   Projected monthly plan payment if you were filing under Chapter 13          $_____

   Current multiplier for your district as stated on the list issued by the
   Administrative Office of the United States Courts (for districts in Alabama and
   North Carolina) or by the Executive Office for United States Trustees (for all
   other districts).                                                            x  _____

   To find a list of district multipliers that includes your district, go online using the
   link specified in the separate instructions for this form. This list may also be
   available at the bankruptcy clerk's office.

   Average monthly administrative expense if you were filing under Chapter 13   $_____   **Copy total here ➤**   $_____

37. **Add all of the deductions for debt payment.**
   Add lines 33g through 36.                                                                      $   **335.51**

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

   Copy line 24, *All of the expenses allowed under IRS*
   *expense allowances*................................  $_____ **5,506.28**

   Copy line 32, *All of the additional expense deductions*.........  $_____ **452.01**

   Copy line 37, *All of the deductions for debt payment*............ + $_____ **335.51**

   Total deductions                                     $_____ **6,293.80**   **Copy total here ➤**   $ **6,293.80**

| Part 3: | Determine Whether There Is a Presumption of Abuse |
|---|---|

39. **Calculate monthly disposable income for 60 months**

   39a.  Copy line 4, *adjusted current monthly income*.....  $_____ **6,011.49**

   39b.  Copy line 38, *Total deductions*.........             − $_____ **6,293.80**

   39c.  Monthly disposable income. 11 U.S.C. § 707(b)(2).
   Subtract line 39b from line 39a.                            $_____ **0.00**   **Copy line 39c here ➤**   $_____ **0.00**

   For the next 60 months (5 years) ...................................................................   x 60

   39d.  **Total**. Multiply line 39c by 60. ..........................................................  39d.  $_____ **0.00**   **Copy line 39d here ➤**   $_____ **0.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

   ☑ **The line 39d is less than $7,475\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse*. Go
   to Part 5.

   ☐ **The line 39d is more than $12,475\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse*. You
   may fill out Part 4 if you claim special circumstances. Then go to Part 5.

   ☐ **The line 39d is at least $7,475\*, but not more than $12,475\*.** Go to line 41.

   \*  Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    **Timothy Carl Johnson**                                    Case number (if known)_____
            First Name    Middle Name    Last Name

41.  41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 6), you may refer to line 5 on that form.

41a.  $_____

x  .25

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)
     Multiply line 41a by 0.25.

$_____    **Copy here** ➡    $_____

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

| Part 4: | Give Details About Special Circumstances |
|---|---|

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑ No.  Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

| Part 5: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ **/s/ Timothy Carl Johnson**                         ✖ **/s/ Kelle Kolleen Johnson**
_____                        _____
Signature of Debtor 1                                   Signature of Debtor 2

Date **April 14, 2015**                                 Date **April 14, 2015**
MM / DD  / YYYY                                         MM / DD  / YYYY

**United States Bankruptcy Court**
**Western District of Missouri, Kansas City Division**

IN RE:                                                        )
**Johnson, Timothy Carl & Johnson, Kelle Kolleen**            )    Case No:
                                                             )
                        Debtor(s)                            )

### VERIFICATION BY DEBTOR(S)

I/We, **Johnson, Timothy Carl** and **Johnson, Kelle Kolleen**, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

[  ]    Schedule(s) _____ (A - J insert all that apply)
[  ]    Amended Schedule(s) _____ (A - J insert all that apply)
[  ]    Conversion Schedules _____ (A - J insert all that apply)
[  ]    Statement/Amended Statement of Financial Affairs
[  ]    Statement/Amended Statement of Intent
[  ]    Statement/Amended Statement of Current Monthly Income
[  ]    Matrix
[  ]    Amended Matrix
[  ]    Other _____ (describe)

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date:    **April 14, 2015**                          */s/ Timothy Carl Johnson*
                                                     Signature of Debtor

                                                     */s/ Kelle Kolleen Johnson*
                                                     Signature of Joint Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix. Must be prepared as a separate document and must contain image of the debtor(s)' signature(s). Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor