| | | | | | | |
|---|---|---|---|---|---|---|
| | Saint Lukes Physician Specialists<br>4401 Wornall Rd.<br>Kansas City, MO. 64111 | | | Advice No | | 344983 |
| | | | | Date<br>2/27/2015 | | Amount<br>905.81 |
| Pay | Nine Hundred Five AND 81/100 DOLLARS | | | | | |
| TO THE<br>ORDER<br>OF | Timothy Carl Johnson<br>1833 Pembroke Cres W<br>Independence, MO. 64057 | | Bank Routing No<br>XXXXX<br>XXXXX | Bank Account No<br>XXXXX<br>XX | Payment Amount | 880.81<br>25.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Saint Lukes Physician Specialists | 4401 Wornall Rd. | Kansas City, MO. 64111 | | Phone: 816-932-2300 |
|---|---|---|---|---|
| EMPLOYEE NO | cc685010<br>DEPARTMENT | Timothy Carl Johnson<br>EMPLOYEE NAME | SOCIAL SECURITY NO | 2/8/2015<br>PERIOD BEG | 2/21/2015<br>PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Education | | | 132.68 | 403b | 59.78 | 316.02 |
| GTL | 0.00 | 0.69 | 2.76 | Cafe | 19.13 | 123.37 |
| OT Premium | 12.00 | 91.50 | 539.10 | Dental | 24.90 | 99.60 |
| Overtime | 12.00 | 183.00 | 1,078.19 | Federal Tax | 89.14 | 548.27 |
| PTO | 8.00 | 122.00 | 452.93 | HSA Family | 175.00 | 700.00 |
| Regular | 72.00 | 1,098.00 | 5,697.42 | KS City Tax | 11.62 | 64.94 |
| | | | | Medical | 69.30 | 277.20 |
| | | | | Medicare Tax | 17.72 | 98.75 |
| | | | | MO State Tax | 41.00 | 241.00 |
| | | | | Social Security Tax | 75.77 | 422.25 |
| | | | | Supp Life | 1.38 | 5.52 |
| | | | | Vision | 3.95 | 15.80 |
| 15.25<br>PAY RATE | 1,495.19<br>CURRENT EARNINGS | 588.69<br>CURRENT DED | 905.81<br>NET PAY | 7,903.08<br>YTD EARNINGS | 2,912.72<br>YTD DED | 4,987.60<br>YTD NET PAY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Saint Lukes Physician Specialists<br>4401 Wornall Rd.<br>Kansas City, MO. 64111 | | | | Advice No | | 350777 |
| | | | | Date<br>3/13/2015 | | Amount<br>912.40 |

Pay **Nine Hundred Twelve AND 40/100 DOLLARS**

| | | | | |
|---|---|---|---|---|
| TO THE ORDER OF | Timothy Carl Johnson<br>1833 Pembroke Cres W<br>Independence, MO. 64057 | Bank Routing No<br>XXXXX<br>XXXXX | Bank Account No<br>XXXXX<br>XX | Payment Amount<br>887.40<br>25.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Saint Lukes Physician Specialists | 4401 Wornall Rd. | Kansas City, MO. 64111 | Phone: 816-932-2300 |
|---|---|---|---|
| EMPLOYEE NO | cc685010<br>DEPARTMENT | Timothy Carl Johnson<br>EMPLOYEE NAME | SOCIAL SECURITY NO | 2/22/2015<br>PERIOD BEG | 3/7/2015<br>PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Education | | | 132.68 | 403b | 59.51 | 375.53 |
| GTL | 0.00 | 0.69 | 3.45 | Cafe | 7.53 | 130.90 |
| OT Premium | 11.70 | 89.21 | 628.31 | Dental | 24.90 | 124.50 |
| Overtime | 11.70 | 178.43 | 1,256.62 | Federal Tax | 88.15 | 636.42 |
| PTO | 40.00 | 610.00 | 1,062.93 | HSA Family | 175.00 | 875.00 |
| Regular | 40.00 | 610.00 | 6,307.42 | KS City Tax | 11.56 | 76.50 |
| | | | | Medical | 69.30 | 346.50 |
| | | | | Medicare Tax | 17.62 | 116.37 |
| | | | | MO State Tax | 41.00 | 282.00 |
| | | | | Social Security Tax | 75.34 | 497.59 |
| | | | | Supp Life | 1.38 | 6.90 |
| | | | | Vision | 3.95 | 19.75 |
| 15.25<br>PAY RATE | 1,488.33<br>CURRENT EARNINGS | 575.24<br>CURRENT DED | 912.40<br>NET PAY | 9,391.41<br>YTD EARNINGS | 3,487.96<br>YTD DED | 5,900.00<br>YTD NET PAY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Saint Lukes Physician Specialists<br>4401 Wornall Rd.<br>Kansas City, MO. 64111 | | | | Advice No | | 364438 |
| | | | | Date<br>3/27/2015 | | Amount<br>834.05 |

**Eight Hundred Thirty Four AND 05/100 DOLLARS**

Pay TO THE ORDER OF

Timothy Carl Johnson
1833 Pembroke Cres W
Independence, MO. 64057

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXXX<br>XXXXX | XXXXX<br>XX | 809.05<br>25.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Saint Lukes Physician Specialists | | | | | | Phone: 816-932-2300 |
|---|---|---|---|---|---|---|
| EMPLOYEE NO | cc685010<br>DEPARTMENT | 4401 Wornall Rd.<br>Timothy Carl Johnson<br>EMPLOYEE NAME | Kansas City, MO. 64111<br>SOCIAL SECURITY NO | 3/8/2015<br>PERIOD BEG | | 3/21/2015<br>PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Education | | | 132.68 | 403b | 56.76 | 432.29 |
| GTL | 0.00 | 0.69 | 4.14 | Cafe | 39.79 | 170.69 |
| OT Premium | 8.70 | 66.34 | 694.65 | Dental | 24.90 | 149.40 |
| Overtime | 8.70 | 132.68 | 1,389.30 | Federal Tax | 78.27 | 714.69 |
| PTO | 0.40 | 6.10 | 1,069.03 | HSA Family | 175.00 | 1,050.00 |
| Regular | 79.60 | 1,213.90 | 7,521.32 | KS City Tax | 10.90 | 87.40 |
| | | | | Medical | 69.30 | 415.80 |
| | | | | Medicare Tax | 16.63 | 133.00 |
| | | | | MO State Tax | 37.00 | 319.00 |
| | | | | Social Security Tax | 71.09 | 568.68 |
| | | | | Supp Life | 1.38 | 8.28 |
| | | | | Vision | 3.95 | 23.70 |
| 15.25<br>PAY RATE | 1,419.71<br>CURRENT EARNINGS | 584.97<br>CURRENT DED | 834.05<br>NET PAY | 10,811.12<br>YTD EARNINGS | 4,072.93<br>YTD DED | 6,734.05<br>YTD NET PAY |

| | Saint Lukes Physician Specialists<br>4401 Wornall Rd.<br>Kansas City, MO. 64111 | | | Advice No | 369036 |
|---|---|---|---|---|---|
| | | | | Date<br>4/10/2015 | Amount<br>674.40 |
| Pay | **Six Hundred Seventy Four AND 40/100 DOLLARS** | | | | |
| TO THE<br>ORDER<br>OF | Timothy Carl Johnson<br>1833 Pembroke Cres W<br>Independence, MO. 64057 | | Bank Routing No<br>XXXXX<br>XXXXX | Bank Account No<br>XXXXX<br>XX | Payment Amount<br>649.40<br>25.00 |
| | | Direct Deposit Only<br>Non-Negotiable | | | |

| Saint Lukes<br>Physician Specialists | | 4401 Wornall Rd. | | Kansas City, MO. 64111 | | Phone: 816-932-2300 |
|---|---|---|---|---|---|---|
| ▓▓▓<br>EMPLOYEE NO | cc685010<br>DEPARTMENT | Timothy Carl Johnson<br>EMPLOYEE NAME | | SOCIAL SECURITY NO | 3/22/2015<br>PERIOD BEG | 4/4/2015<br>PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Education | | | 132.68 | 403b | 48.80 | 481.09 |
| GTL | 0.00 | 0.69 | 4.83 | Cafe | 57.06 | 227.75 |
| OT Premium | | | 694.65 | Dental | 24.90 | 174.30 |
| Overtime | | | 1,389.30 | Federal Tax | 56.73 | 771.42 |
| PTO | 2.50 | 38.12 | 1,107.15 | HSA Family | 175.00 | 1,225.00 |
| Regular | 77.50 | 1,181.88 | 8,703.20 | KS City Tax | 8.99 | 96.39 |
| | | | | Medical | 69.30 | 485.10 |
| | | | | Medicare Tax | 13.74 | 146.74 |
| | | | | MO State Tax | 27.00 | 346.00 |
| | | | | Social Security Tax | 58.75 | 627.43 |
| | | | | Supp Life | 1.38 | 9.66 |
| | | | | Vision | 3.95 | 27.65 |
| 15.25<br>PAY RATE | 1,220.69<br>CURRENT EARNINGS | 545.60<br>CURRENT DED | 674.40<br>NET PAY | 12,031.81<br>YTD EARNINGS | 4,618.53<br>YTD DED | 7,408.45<br>YTD NET PAY |