No. 1048477

| EMPLOYEE NAME | | | | EMP.NO. | PROC.LVL. | DEPT. | PERIOD END |
|---|---|---|---|---|---|---|---|
| JOHNSON, KELLE K. | | | | | NKCH | 7500 | 02/14/2015 |

| EARNINGS | HOURS | RATE | CURRENT | YTD AMOUNT | TAXES/DEDUCTIONS | CURRENT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 63.75 | 15.000 | 956.25 | 3802.01 | Fed W/H | | 543.26 |
| Regular | 9.75 | 16.000 | 156.00 | 0.00 | Soc Sec | 84.92 | 353.30 |
| Overtime | 3.25 | 23.775 | 77.27 | 762.68 | Medicare | 19.86 | 82.63 |
| Overtime | 1.75 | 22.975 | 40.21 | 0.00 | MO W/H | 59.00 | 200.00 |
| PTO | | | | 590.44 | Flex Med | | 98.08 |
| Bonus | | 15.000 | 15.00 | 0.00 | Giftshop | 5.64 | 19.64 |
| Bonus | | 50.000 | 100.00 | 390.00 | Seasons | 36.65 | 160.60 |
| Bonus | | 25.000 | 25.00 | 0.00 | Cafe | 20.13 | 64.31 |
| PTO EA | | | | 0.00 | | | |
| HOLIDAY | | | | 251.34 | | | |

| | HOURS | | CURRENT | YTD AMOUNT | | | |
|---|---|---|---|---|---|---|---|
| TOTAL GROSS | 78.50 | | $1,369.73 | $5,796.47 | | | |
| TAXABLE GROSS | | | $1,369.73 | $5,698.39 | DIRECT DEPOSIT ACCT | ACCT NUMBER | AMOUNT |
| TOTAL DEDUCTIONS | | | $226.20 | $1,521.82 | DIR DEP | xxxxx | $1,118.53 |
| TOTAL NET | | | $1,143.53 | $4,274.65 | DIR DEP | x | $25.00 |

| HOURS TYPE | USED | ACCRUAL | ENDING BALANCE |
|---|---|---|---|
| ML | 0.00 | -130.34 | -65.17 |
| PTO | 0.00 | -20.18 | -10.09 |
| STD | 0.00 | -60.29 | 0.00 |

Watch for the updated Severe Weather Policy that will be a required read. Both KS and MO Severe Weather Awareness Weeks will be held March 2-6. There will be a community live tornado drill that will be conducted at 1:30 PM Tuesday March 3rd. The backup date for the drill will be 1:30 PM Thursday March 5th.



2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

BANK OF AMERICA
NORTH KANSAS CITY BANKING CENTER
NORTH KANSAS CITY, MISSOURI 64116-3281
18-3/1010

Advice No. 1048477
Date 2/20/2015

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

Advice Amount
$ *****1,143.53
VOID AFTER 120 DAYS
THIS IS A POSITIVE PAY ACCOUNT

TO THE ORDER OF
KELLE K JOHNSON
1833 PEMBROKE CRES W
INDEPENDENCE, MO  64057-1115

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

JOHNSON, KELLE K.
1833 PEMBROKE CRES W
INDEPENDENCE, MO  64057-1115

No. 1051516

| EMPLOYEE NAME | | | EMP.NO. | PROC.LVL. | DEPT. | PERIOD END |
|---|---|---|---|---|---|---|
| JOHNSON, KELLE K. | | | | NKCH | 7500 | 02/28/2015 |

| EARNINGS | HOURS | RATE | CURRENT | YTD AMOUNT | TAXES/DEDUCTIONS | CURRENT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 26.50 | 15.000 | 397.50 | 4335.51 | Fed W/H | | 543.26 |
| Regular | 8.50 | 16.000 | 136.00 | 0.00 | Soc Sec | 33.08 | 386.38 |
| Overtime | | | | 762.68 | Medicare | 7.73 | 90.36 |
| PTO | | | | 590.44 | MO W/H | 9.00 | 209.00 |
| Bonus | | | | 390.00 | Flex Med | | 98.08 |
| PTO EA | | | | 0.00 | Giftshop | 2.90 | 22.54 |
| HOLIDAY | | | | 251.34 | Seasons | 21.30 | 181.90 |
| | | | | | Cafe | 10.90 | 75.21 |

| | HOURS | | CURRENT | YTD AMOUNT | | | |
|---|---|---|---|---|---|---|---|
| TOTAL GROSS | 35.00 | | $533.50 | $6,329.97 | | | |
| TAXABLE GROSS | | | $533.50 | $6,231.89 | DIRECT DEPOSIT ACCT | ACCT NUMBER | AMOUNT |
| TOTAL DEDUCTIONS | | | $84.91 | $1,606.73 | DIR DEP | XXXXX | $423.59 |
| TOTAL NET | | | $448.59 | $4,723.24 | DIR DEP | X | $25.00 |

| HOURS TYPE | USED | ACCRUAL | ENDING BALANCE |
|---|---|---|---|
| ML | 0.00 | 0.00 | -85.17 |
| PTO | 0.00 | 0.00 | -10.09 |
| STD | 0.00 | 0.00 | 0.00 |

Watch for the updated Severe Weather Policy that will be a required read. Both KS and MO Severe Weather Awareness Weeks will be held March 2-6. There will be a community live tornado drill that will be conducted at 1:30 PM Tuesday March 3rd. The backup date for the drill will be 1:30 PM Thursday March 5th.



North Kansas City Hospital
2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

BANK OF AMERICA
NORTH KANSAS CITY BANKING CENTER
NORTH KANSAS CITY, MISSOURI 64116-3281
18-3/1010

Advice No. 1051516
Date 3/6/2015

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

Advice Amount
$ *******448.59
VOID AFTER 120 DAYS
THIS IS A POSITIVE PAY ACCOUNT

TO THE ORDER OF
KELLE K JOHNSON
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

JOHNSON, KELLE K.
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

No. 5647

| EMPLOYEE NAME | | | | EMP.NO. | PROC.LVL. | DEPT. | PERIOD END |
|---|---|---|---|---|---|---|---|
| JOHNSON, KELLE K. | | | | | NKCH | 7500 | 02/28/2015 |

| EARNINGS | HOURS | RATE | CURRENT | YTD AMOUNT | TAXES/DEDUCTIONS | CURRENT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | | | | 4335.51 | Fed W/H | | 543.26 |
| Overtime | | | | 762.58 | Soc Sec | 9.30 | 395.68 |
| PTO | | | | 590.44 | Medicare | 2.18 | 92.54 |
| Bonus | | 50.000 | 50.00 | 0.00 | MO W/H | | 209.00 |
| Bonus | | 100.000 | 100.00 | 540.00 | Flex Med | | 98.08 |
| PTO EA | | | | 0.00 | Giftshop | | 22.54 |
| HOLIDAY | | | | 251.34 | Seasons | | 181.90 |
| | | | | | Cafe | | 75.21 |

| | | | CURRENT | YTD AMOUNT |
|---|---|---|---|---|
| TOTAL GROSS | 0.00 | | $150.00 | $6,479.97 |
| TAXABLE GROSS | | | $150.00 | $6,381.89 |
| TOTAL DEDUCTIONS | | | $11.48 | $1,618.21 |
| TOTAL NET | | | $138.52 | $4,861.76 |

| DIRECT DEPOSIT ACCT | ACCT NUMBER | AMOUNT |
|---|---|---|
| DIR DEP | xxxxx | $138.52 |

| HOURS TYPE | USED | ACCRUAL | ENDING BALANCE |
|---|---|---|---|
| ML | 0.00 | 0.00 | -65.17 |
| PTO | 0.00 | 0.00 | -10.09 |
| STD | 0.00 | 0.00 | 0.00 |

Watch for the updated Severe Weather Policy that will be a required read. Both KS and MO Severe Weather Awareness Weeks will be held March 2-6. There will be a community live tornado drill that will be conducted at 1:30 PM Tuesday March 3rd. The backup date for the drill will be 1:30 PM Thursday March 5th.



North Kansas City Hospital
2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

BANK OF AMERICA
NORTH KANSAS CITY BANKING CENTER
NORTH KANSAS CITY, MISSOURI 64116-3281
18-3/1010

Advice No. 5647
Date 3/11/2015

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

Advice Amount
$ *******138.52
VOID AFTER 120 DAYS
THIS IS A POSITIVE PAY ACCOUNT

TO THE ORDER OF
KELLE K JOHNSON
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



North Kansas City Hospital
2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

JOHNSON, KELLE K.
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

No. 1054583

| EMPLOYEE NAME | | | EMP.NO. | PROC.LVL. | DEPT. | PERIOD END |
|---|---|---|---|---|---|---|
| JOHNSON, KELLE K. | | | ▇▇▇ | NKCH | 7500 | 03/14/2015 |

| EARNINGS | HOURS | RATE | CURRENT | YTD AMOUNT | TAXES/DEDUCTIONS | CURRENT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 36.25 | 16.000 | 580.00 | 5579.36 | Fed W/H | | 543.26 |
| Regular | 35.75 | 15.000 | 536.25 | 0.00 | Soc Sec | 99.71 | 495.39 |
| Regular | 8.00 | 15.950 | 127.60 | 0.00 | Medicare | 23.32 | 115.88 |
| Overtime | 0.25 | 23.945 | 5.99 | 0.00 | MO W/H | 73.00 | 282.00 |
| Overtime | 4.25 | 25.500 | 108.38 | 877.05 | Flex Med | | 98.08 |
| PTO | | | | 590.44 | Giftshop | 11.35 | 33.89 |
| Bonus | | 150.000 | 150.00 | 790.00 | Seasons | 33.15 | 215.05 |
| Bonus | | 100.000 | 100.00 | 0.00 | Cafe | 7.01 | 82.22 |
| PTO EA | | | | 0.00 | | | |
| HOLIDAY | | | | 251.34 | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS | 84.50 | | $1,608.22 | $8,088.19 |
| TAXABLE GROSS | | | $1,608.22 | $7,990.11 |
| TOTAL DEDUCTIONS | | | $247.54 | $1,865.75 |
| TOTAL NET | | | $1,360.68 | $6,222.44 |

| DIRECT DEPOSIT ACCT | ACCT NUMBER | AMOUNT |
|---|---|---|
| DIR DEP | X▇ | $1,335.68 |
| DIR DEP | X▇ | $25.00 |

| HOURS TYPE | USED | ACCRUAL | ENDING BALANCE |
|---|---|---|---|
| ML | 0.00 | 0.00 | -65.17 |
| PTO | 0.00 | 0.00 | -10.09 |
| STD | 0.00 | 0.00 | 0.00 |



BANK OF AMERICA
NORTH KANSAS CITY BANKING CENTER
NORTH KANSAS CITY, MISSOURI 64116-3281
18-3/1010

Advice No. 1054583
Date 3/20/2015

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

Advice Amount
$ ******1,360.68
VOID AFTER 120 DAYS
THIS IS A POSITIVE PAY ACCOUNT

TO THE ORDER OF
KELLE K JOHNSON
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



JOHNSON, KELLE K.
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

No. 1057741

| EMPLOYEE NAME | | | | EMP.NO. | PROC.LVL. | DEPT. | PERIOD END |
|---|---|---|---|---|---|---|---|
| JOHNSON, KELLE K. | | | | | NKCH | 7500 | 03/28/2015 |

| EARNINGS | HOURS | RATE | CURRENT | YTD AMOUNT | TAXES/DEDUCTIONS | CURRENT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular | 33.75 | 16.000 | 540.00 | 6479.36 | Fed W/H | 118.45 | 661.71 |
| Regular | 24.00 | 15.000 | 360.00 | 0.00 | Soc Sec | 61.77 | 557.16 |
| Overtime | 4.25 | 22.680 | 96.39 | 973.44 | Medicare | 14.44 | 130.30 |
| PTO | | | | 590.44 | MO W/H | 29.00 | 311.00 |
| Bonus | | | | 790.00 | Flex Med | | 98.08 |
| PTO EA | | | | 0.00 | Giftshop | 12.50 | 46.39 |
| HOLIDAY | | | | 251.34 | Seasons | 44.35 | 259.40 |
| | | | | | Cafe | 14.41 | 96.63 |

| | HOURS | | CURRENT | YTD |
|---|---|---|---|---|
| TOTAL GROSS | 62.00 | | $996.39 | $9,084.58 |
| TAXABLE GROSS | | | $996.39 | $8,986.50 |
| TOTAL DEDUCTIONS | | | $294.92 | $2,160.67 |
| TOTAL NET | | | $701.47 | $6,923.91 |

| DIRECT DEPOSIT ACCT | ACCT NUMBER | AMOUNT |
|---|---|---|
| DIR DEP | XXX | $676.47 |
| DIR DEP | XXX | $25.00 |

| HOURS TYPE | USED | ACCRUAL | ENDING BALANCE |
|---|---|---|---|
| ML | 0.00 | 0.00 | -65.17 |
| PTO | 0.00 | 0.00 | -10.09 |
| STD | 0.00 | 0.00 | 0.00 |



North Kansas City Hospital
2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

BANK OF AMERICA
NORTH KANSAS CITY BANKING CENTER
NORTH KANSAS CITY, MISSOURI 64116-3281
18-3/1010

Advice No. 1057741
Date 4/3/2015

PAY    VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID

Advice Amount
$ *******701.47
VOID AFTER 120 DAYS
THIS IS A POSITIVE PAY ACCOUNT

TO THE ORDER OF
KELLE K JOHNSON
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



North Kansas City Hospital
2800 CLAY EDWARDS DRIVE
NORTH KANSAS CITY, MO 64116-3281

JOHNSON, KELLE K.
1833 PEMBROKE CRES W
INDEPENDENCE, MO 64057-1115