MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2] (2/12)

**United States Bankruptcy Court**
**Western District of Missouri, Kansas City Division**

IN RE: )
**Johnson, Timothy Carl & Johnson, Kelle Kolleen**  ) Case No: **15-41048-7**
)
Debtor(s) )

## VERIFICATION BY DEBTOR(S)

I/We, **Johnson, Timothy Carl** and **Johnson, Kelle Kolleen**, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

[X]  Schedule(s) __B, C__ (A - J insert all that apply)
[ ]  Amended Schedule(s) _____ (A - J insert all that apply)
[ ]  Conversion Schedules _____ (A - J insert all that apply)
[ ]  Statement/Amended Statement of Financial Affairs
[ ]  Statement/Amended Statement of Intent
[ ]  Statement/Amended Statement of Current Monthly Income
[ ]  Matrix
[ ]  Amended Matrix
[ ]  Other _____ (describe)

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: **June 17, 2015**

/s/ *Timothy Carl Johnson*
Signature of Debtor

/s/ *Kelle Kolleen Johnson*
Signature of Joint Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix. Must be prepared as a separate document and must contain image of the debtor(s)' signature(s). Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor